NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

|  |  |  |
|---|---|---|
| MICHAEL KING, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Case No. 2D18-4730 |
| | ) | |
| STATE OF FLORIDA, | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

Opinion filed June 19, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Kimberly K.
Fernandez, Judge.

Michael King, pro se.


PER CURIAM.

            Affirmed.  See King v. State, 235 So. 3d 873 (Fla. 2d DCA 2017) (table

decision); King v. State, 117 So. 3d 1094 (Fla. 2d DCA 2013) (table decision); Harris v.

State, 777 So. 2d 994 (Fla. 2d DCA 2000); Wright v. State, 834 So. 2d 879 (Fla. 3d

DCA 2002); Middleton v. State, 721 So. 2d 792 (Fla. 3d DCA 1998).


SILBERMAN, BLACK, and SMITH,JJ., Concur.